# **NOAH EISELE'S READING LIST**
Books Read As Part of Treatment Between March 2021-September 2021

**The Bondage Breaker**
Overcoming Negative Thoughts-Irrational Feelings-Habitual Sins
By Neil T. Anderson

**Healing the Wounds of Sexual Addiction**
By Dr. Mark R. Laaser

**Seven Desires**
Looking Past What Separates Us to Learn What Connects Us
By Mark & Debbie Laaser

**Anatomy of the Soul**
Surprising Connections Between Neuroscience and Spiritual Practices that Can Transform Your LIfe and Relationships
By Curt Thompson, M.D.

**Surfing For God**
Discovering the Divine Desire Beneath Sexual Struggle
By Michael John Cusick

**Unwanted**
How Sexual Brokenness Reveals Our Way to Healing
By Jay Stringer

**Pure Desire**
How One Man's Triumph Can Help Others Break Free From Sexual Temptation
By Ted Roberts

**Seven Pillars of Freedom Workbook**
By Dr. Ted Roberts

**Addiction & Grace**
Love and Spirituality in the Healing of Addictions
Gerald G. May, M.D.

**Substance Abuse- Fourth Edition**
Information for School Counselors, Social Workers, Therapists, and Counselors
Gary L. Fisher and Thomas C. Harrison