- PRACTICE •
- CALENDAR •
- RESEARCH •
- OWI-RESEARCH



Good day, Nathan Otis Logout | My Account | About | Help

- Query
- Summary
- Results
- Layout
- History


- Disposition and Sentencing Analysis
- Comparative Report

Tuesday, May 17, 2022

# Disposition and Sentencing Analysis

## Distribution of Dispositions, and Distribution of Sentences Awarded, for selected query parameters

### CLOSED CASES ONLY

The Disposition and Sentencing Analysis synopsizes the outcomes of all closed cases for counts that match the parameters selected on the query tab.

Current Search Criteria

| Filter | Parameters |
|---|---|
| **Statute** | 948.05(1)(a); 948.05(1)(b) |
| **Instance** | As sentenced |
| **Case Status** | Closed |

**Offense Start Date** 01/01/2010

**Offense End Date** 05/17/2022

**658 counts in 312 cases match your criteria.**

Common Descriptions for Selected Statutes

| **Statute** | **Description** | **Severity** | **Effective Date** | **Expiration Date** |
|---|---|---|---|---|
| 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | FC | 01/01/80 | 01/31/03 |
| 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | FF | 02/01/03 | 06/05/06 |
| 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | FC | 06/06/06 | |
| 948.05(1)(a) | Child Sexual Exploitation - Employ,Use,Induce (by Person Under 18 Years of Age) | FF | 06/06/06 | |
| 948.05(1)(b) | Child Sexual Exploitation-Videos, Records,etc. | FC | 01/01/80 | 01/31/03 |
| 948.05(1)(b) | Child Sexual Exploitation-Videos, Records,etc. | FF | 02/01/03 | 06/05/06 |
| 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | FC | 06/06/06 | |
| 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. (by Person Under 18 Years of Age) | FF | 06/06/06 | |

[See all descriptions for selected statutes (opens in a new window)](#)

Dispositions Distribution for Closed Cases

658 counts in 312 cases match your query parameters and were closed.

Dispositions Distribution

| **Disposition** | **Counts** | **%** |
|---|---|---|
| **Count dismissed** | [451](#) | 68.54% |
| **Other** | [6](#) | 0.91% |
| **Pled to original charge** | [124](#) | 18.84% |

| | | |
|---|---:|---:|
| **Pled to amended charge** | 22 | 3.34% |
| **na** | 24 | 3.65% |
| **Guilty jury trial** | 23 | 3.50% |
| **Deferred prosecution agreement** | 7 | 1.06% |
| **Not guilty jury trial** | 1 | 0.15% |
| Total Counts | 658 | 100.00% |

## Sentencing Distribution

169 counts match your query parameters and had a sentence given.

### Sentencing Distribution

| **Sentence** | **Counts** | **%** |
|---|---:|---:|
| **Jail** | | |
| **Under 30 days** | 0 | 0.00% |
| **1 month - under 3 months** | 0 | 0.00% |
| **3 months - under 6 months** | 0 | 0.00% |
| **6 months - under 9 months** | 0 | 0.00% |
| **9 months +** | 0 | 0.00% |
| **Jail Total** | 0 | 0.00% |
| **Prison** | | |
| **Under 12 months** | 0 | 0.00% |
| **12 months - under 36 months** | 2 | 1.18% |
| **36 months - under 60 months** | 3 | 1.78% |
| **60 months - under 120 months** | 107 | 63.31% |
| **120 months +** | 51 | 30.18% |
| **Prison Total** | 163 | 96.45% |
| **Probation** | | |
| **Under 12 months** | 0 | 0.00% |
| **12 months - under 36 months** | 0 | 0.00% |
| **36 months - under 60 months** | 3 | 1.78% |
| **60 months - under 120 months** | 2 | 1.18% |

| | Counts | % |
|---|---|---|
| **120 months +** | 1 | 0.59% |
| **Probation Total** | 6 | 3.55% |
| **Other Sentences** | | |
| **Other Sentences Total** | 0 | 0.00% |
| Total Counts | 169 | 100.00% |

From the 6 counts that were awarded probation, the following 4 counts had jail assigned as condition of probation.

| **Jail Time** | **Counts** | **%** |
|---|---|---|
| **Under 30 days** | 0 | 0.00% |
| **1 month - under 3 months** | 0 | 0.00% |
| **3 months - under 6 months** | 1 | 0.59% |
| **6 months - under 9 months** | 1 | 0.59% |
| **9 months +** | 2 | 1.18% |
| Total Counts | 4 | 2.37% |

Analyses of Amended Charges

22 counts match your query parameters and had a sentence given to an amended charge.

Distribution of Amended Charges

| **Plea Effect** | **Counts** | **%** |
|---|---|---|
| **Remained a felony** | 19 | 86.36% |
| **Pled to a higher charge** | 3 | 13.64% |
| Total Amended Counts | 22 | 100.00% |

Resulting Pleas for Amended Charges

Resulting Pleas

| **Plea Effect** | **Amended charge** | **Amended charge sample description** | **Counts** |
|---|---|---|---|
| **Remained a felony** | 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | 10 |
| **Remained a felony** | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | 9 |
| **Pled to a higher charge** | 948.05(1)(a) | Child Sexploitation-Employ,Use,Induce | 3 |

# Notes regarding methodology:

- Closed cases only.
- Only counts that match the current query parameters.
- Deferred Prosecution Agreements (DPA) reflect extant deferments, not historical deferments. DPAs are typically concluded with a new disposition: either a dismissal of charges, or a sentence (following a violation of conditions). At the conclusion of the DPA, the new disposition is recorded and the DPA is no longer considered existent.
- Sentence lengths for Jail, Prison, and Probation are converted to whole months. Sentences specified in months are retained in months; sentences specified in years are multiplied by 12 to attain months; sentences specified in days are divided by 30 to attain months. Sentences less than 1 month are counted as such, whereas sentences greater than one month are counted in whole months of 30 days. (For example, a sentence specified as 179 days converts to 5 whole months, while a sentence of 180 days converts to 6 whole months.)
- Sentences of Probation include both "Sentence Withheld" and "Sentence Imposed". In cases of "Sentence Imposed", only the probation length is tabulated above; the distribution does not include any potential jail or prison time imposed. If the defendant violates terms of probation, a new sentence is issued which may have additional probation, or may impose straight prison or jail time. The distribution above reflects the most recent sentence issued.
- Sentence lengths for Jail as Conditon of Probation are converted to whole days. Sentences specified in days are retained in days; sentences specified in hours are divided by 24 to attain days; sentences specified in months are multiplied by 30 to attain days. Sentences less than 30 days are counted as such, whereas sentences greater than 30 days are counted in whole months of 30 days. (For example, a sentence specified as 239 hours converts to 9 whole days, while a sentence of 12 months converts to 360 days.)
- Sentences are specific to the count, not the case, and no attempt has been made to resolve concurrent/consecutive sentences given for additional charges in the same case.
- The Sentencing Distribution is a compendium of outcomes and any such abstraction will lack many important details of individual cases. While Court Data Technologies uses reasonable efforts to provide accurate and up-to-date data, the data provided is gathered by third parties and has not been independently verified by CDT. You should always verify the sentencing data with other sources of information.

© 2022 Court Data Technologies LLC • 301 South Bedford Street, Suite 7A • Madison, WI 53703 • 608-442-0600 • Fax 866-525-0216



| | Filter | Parameters |
|---|---|---|
| | Statute | 948.05(1)(a); 948.05(1)(b) |
| | Instance | As sentenced |
| | Case Status | Closed |
| | Sentence Report Buckets | Prison 10+ years |
| | Offense Start Date | 01/01/2010 |
| | Offense End Date | 05/17/2022 |

**51 counts in 31 cases match your criteria.**

Display other counts in case                                                                Displaying **1** - **51** of **51** counts found.

| County | CaseNo | Defendant | Age | Judge | Prosecutor | Count | Statute | Descr | Severity | Modifiers | Dispo | Ordered | Ser |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brown | 2014CF001267 | Fletcher, Jerry | 32 | Zuidmulder, Donald R | Lemkuil, Wendy W | 3/3 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | PledOrg | Prison | 180 mo 180 mo |
| Brown | 2017CF000413 | Anderson, Christopher | 43 | Hinkfuss, Timothy A | Johnson, Dana J | 13/17 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | PledOrg | Prison | 180 mo 180 mo |
| Calumet | 2020CF000043 | Meyer, Troy | 43 | Froehlich, Jeffrey S | Haberman, Nathan F | 2/29 | 948.05(1)(a) ↳ 948.05(1)(b) | Child Sexual Exploitation-Employ,Use,Induce ↳ Child Sexual Exploitation - Videos, Records, etc. | Felony C ↳ Felony C | | PledAm | Prison | 120 mo 120 mo |
| Dodge | 2017CF000421 | Marx, Benjamin | 27 | Pfitzinger, Brian A | Tienstra, Yolanda J | 3/4 | 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | Felony C | | PledOrg | Prison | 180 mo 180 mo |
| Door | 2014CF000017 | Kupsky, Ronald | 26 | Diltz, Peter | Nordin, Colleen Catherine | 4/17 | 948.12(1m) ↳ 948.05(1)(b) | Possession of Child Pornography ↳ Child Sexual Exploitation - Videos, Records, etc. | Felony D ↳ Felony C | 948.05(2p)(a) ↳ 948.05(2p)(a) | GJuryTr | Prison | 240 mo 180 mo |
| Douglas | 2016CF000200 | Gronseth, #652236, Todd | 32 | Glonek, George | Bork, Jennifer Anne | 6/14 | 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | Felony C | | PledOrg | Prison | 180 mo 180 mo |
| | | | | | | 7/14 | 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | Felony C | | PledOrg | Prison | 180 mo 180 mo |
| | | | | | | 8/14 | 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | Felony C | | PledOrg | Prison | 180 mo 180 mo |
| | | | | | | 9/14 | 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | Felony C | | PledOrg | Prison | 180 mo 180 mo |
| | | | | | | 10/14 | 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | Felony C | | PledOrg | Prison | 180 mo 180 mo |
| Eau Claire | 2014CF000781 | McIlquham, Cody | 23 | Schumacher, Michael A | Clark, Loralee | 2/15 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, | Felony C | 939.62(1)(c) | PledOrg | Prison | 132 mo 132 mo |

| County | Case | Defendant | Age | Judge | DA | Ct | Statute | Description | Class | Disp | Sentence |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Eau Claire | 2019CF000401 | Zimmerman, Ryan | 32 | Manydeeds, John F | Ronquist, Kelly | 7/12 | 948.12(1m) ↳ 948.05(1)(b) | Possession of Child Pornography ↳ Sexual Exploitation of a Child-Filming | Felony D ↳ Felony C | ↳ 939.615(2)(a) | GJuryTr | Prison | 120 mo. 60 mo. |
| Fond du Lac | 2014CF000622 | Schellinger, William | 43 | Grimm, Peter L | Menzl, Kristin | 1/12 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | GJuryTr | Prison | 144 mo 180 mo |
| | | | | | | 2/12 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | GJuryTr | Prison | 144 mo 180 mo |
| | | | | | | 3/12 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | GJuryTr | Prison | 144 mo 180 mo |
| | | | | | | 4/12 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | GJuryTr | Prison | 144 mo 180 mo |
| | | | | | | 5/12 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | GJuryTr | Prison | 144 mo 180 mo |
| | | | | | | 6/12 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | GJuryTr | Prison | 144 mo 180 mo |
| Jefferson | 2010CF000253 | Holiday, Patrick | 57 | Erwin, Jacqueline R | Teuber, Brookellen | 4/5 | 948.05(1)(b) | Child Sexploitation - Videos, Records, etc. | Felony C | | PledOrg | Prison | 120 mo 60 mo. |
| Milwaukee | 2011CF001664 | Addison, Maries | 25 | Brostrom-06, Ellen R | Falk, Miriam S | 6/11 | 948.05(1)(a) | Child Sexploitation-Employ,Use,Induce | Felony C | | GJuryTr | Prison | 300 mo 96 mo. |
| | | | | | | 9/11 | 948.05(1)(a) | Child Sexploitation-Employ,Use,Induce | Felony C | | GJuryTr | Prison | 300 mo 96 mo. |
| Milwaukee | 2011CF002845 | Dawson, Gerald | 29 | Borowski-12, David | Falk, Miriam S | 2/5 | 948.05(1)(a) | Child Sexploitation-Employ,Use,Induce | Felony C | | GJuryTr | Prison | 144 mo 72 mo. |
| Milwaukee | 2013CF005047 | Huber #193205, Robert | 44 | Rothstein-25, Stephanie | Tate, Jennifer Jean | 3/25 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | GJuryTr | Prison | 300 mo 180 mo |
| | | | | | | 14/25 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | GJuryTr | Prison | 300 mo 180 mo |
| | | | | | | 24/25 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | GJuryTr | Prison | 300 mo 180 mo |
| | | | | | | 25/25 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | GJuryTr | Prison | 300 mo 180 mo |
| Milwaukee | 2014CF001334 | Villanueva, Cayetano | 35 | Konkol, Daniel L | Shomin, Kevin | 1/2 | 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | Felony C | | GJuryTr | Prison | 144 mo 120 mo |
| Milwaukee | 2021CF000200 | Galicia, Antonio | 30 | Borowski-12, David | Torbenson, Matthew James | 3/30 | 948.05(1)(b) ↳ 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, | Felony C ↳ Felony C | | PledAm | Prison | 120 mo 60 mo. |

| County | Case | Defendant | Age | Judge | DA | Count | Statute | Charge | Class | Enhancer | Disp | Sentence | Length |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monroe | 2017CF000694 | Hamilton, David | 37 | Goodman, Mark L | Croninger, Kevin D | 1/63 | 948.05(1)(a) ↳ 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce ↳ Child Sexual Exploitation-Employ,Use,Induce | Felony C ↳ Felony C | 939.62(2m)(b)2, 948.05(2p)(a) ↳ 948.05(2p)(a) | PledAm | Prison | 300 mo. 180 mo. |
| Monroe | 2017CF000749 | Svoboda, Zachariah | 24 | Ziegler, Todd | Croninger, Kevin D | 2/34 | 948.05(1)(a) ↳ 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce ↳ Child Sexual Exploitation-Employ,Use,Induce | Felony C ↳ Felony C | 939.62(2m)(b)2, 948.05(2p)(a) ↳ 948.05(2p)(a), 939.617(1) | PledAm | Prison | 120 mo. 60 mo. |
| Outagamie | 2015CF000132 | Douglas, Justin | 32 | Des Jardins, John | Duros, Alexender E | 2/16 | 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | Felony C | 939.62(1)(c) | GJuryTr | Prison | 120 mo. 120 mo. |
| | | | | | | 3/16 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | 939.62(1)(c) | GJuryTr | Prison | 120 mo. 120 mo. |
| | | | | | | 10/16 | 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | Felony C | 939.62(1)(c) | GJuryTr | Prison | 120 mo. 120 mo. |
| | | | | | | 11/16 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | 939.62(1)(c) | GJuryTr | Prison | 120 mo. 120 mo. |
| Racine | 2012CF001395 | Richter, Alexander | 29 | Boyle, Timothy D | Repischak, Robert Scott | 3/26 | 948.05(1)(b) | Child Sexploitation - Videos, Records, etc. | Felony C | | PledOrg | Prison | 300 mo. 180 mo. |
| Rock | 2014CF000681 | Smith, Tonya | 40 | Werner, Richard T | Folts, Perry L | 3/11 | 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | Felony C | | PledOrg | Prison | 120 mo. 60 mo. |
| | | | | | | 4/11 | 948.05(1)(a) ↳ 948.05(1)(a) | Child Sexual Exploitation-Employ-Use,Induce ↳ Child Sexual Exploitation-Employ,Use,Induce | Felony C ↳ Felony C | | PledAm | Prison | 120 mo. 60 mo. |
| | | | | | | 5/11 | 948.05(1)(a) ↳ 948.05(1)(a) | Child Sexual Exploitation-Employ-Use-Induce ↳ Child Sexual Exploitation-Employ,Use,Induce | Felony C ↳ Felony C | | PledAm | Prison | 120 mo. 60 mo. |
| Rock | 2015CF000663 | Wenzel, David | 57 | Daley, James P | Sullivan, Richard Jay | 1/27 | 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | Felony C | | PledOrg | Prison | 120 mo. 180 mo. |
| | | | | | | 2/27 | 948.05(1)(a) ↳ 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | Felony C ↳ Felony C | | PledAm | Prison | 120 mo. 180 mo. |

(continued from previous page, first row): etc. ↳ Sexual Exploitation Of A Child-Filming (As to the Filming of the Conduct Charged in Count Two)

| County | Case | Defendant | Age | Judge | DA | Count | Statute | Description | Class | Enhancer | Plea | Sentence | Length |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ↳ Child Sexual Exploitation-Employ,Use,Induce | | | | | |
| Sauk | 2020CF000517 | Montalvo-Sanchez, Javier | 32 | Screnock, Michael P | Eklund, Emily | 2/3 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | 939.62(1)(c) | PledOrg | Prison | 120 mo 120 mo |
| Sheboygan | 2012CF000468 | Vandeloo, Dalton | 20 | Stengel, L Edward | Urmanski, Joel N | 10/14 | 948.05(1)(a) | Child Sexploitation-Employ,Use,Induce | Felony C | 939.62(1)(c) | PledOrg | Prison | 168 mo 180 mo |
| Sheboygan | 2015CF000405 | Wohler, Brandon | 22 | Hoffmann, Kent | Hahn, Alyssa M | 2/3 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | PledOrg | Prison | 120 mo 60 mo |
| | | | | | | 3/3 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | PledOrg | Prison | 120 mo 60 mo |
| Sheboygan | 2018CF000609 | Parfait, Hal | 27 | Persick, Rebecca L | Urmanski, Joel N | 2/2 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | 939.615(2)(a) | PledOrg | Prison | 120 mo 120 mo |
| Trempealeau | 2015CF000111 | Hayden, Carl | 32 | Damon, John A | Mc Mahon, Taavi | 3/6 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | PledOrg | Prison | 120 mo 120 mo |
| Waukesha | 2018CF000636 | Calderon, William | 43 | Melvin, J Arthur III | Thurston, Michael | 3/9 | 948.07(1) ↳ 948.05(1)(a) | Child Enticement-Sexual Contact ↳ Child Sexual Exploitation-Employ,Use,Induce | Felony D ↳ Felony C | | PledAm | Prison | 204 mo 180 mo |
| Waukesha | 2019CF000989 | Nelson, Bryan | 37 | Lau, Laura F | Hulgaard, Michele W | 8/15 | 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | Felony C | | PledOrg | Prison | 120 mo 180 mo |
| Waukesha | 2020CF001267 | Maynard, Robert | 35 | Bugenhagen, Paul Jr | Thurston, Michael | 1/10 | 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | Felony C | | PledOrg | Prison | 180 mo 120 mo |
| Waukesha | 2020CF001881 | Long, Austin | 19 | Lau, Laura F | Gordon, Kristi J | 3/22 | 948.05(1)(b) | Child Sexual Exploitation - Videos, Records, etc. | Felony C | | PledOrg | Prison | 300 mo 180 mo |
| Winnebago | 2018CF000786 | BOWMAN, MATTHEW | 32 | Key, Barbara | Stauber, Stephanie Ann Ms | 6/6 | 948.05(1)(a) | Child Sexual Exploitation-Employ,Use,Induce | Felony C | | PledOrg | Prison | 120 mo 72 mo |

1

© 2022 Court Data Technologies LLC • 301 South Bedford Street, Suite 7A • Madison, WI 53703 • 608-442-0600 • Fax 866-525-0216