- PRACTICE •
- CALENDAR •
- RESEARCH •
- OWI-RESEARCH



Good day, Nathan Otis  Logout | My Account | About | Help

- Query
- Summary
- Results
- Layout
- History

- Disposition and Sentencing Analysis
- Comparative Report

Monday, May 23, 2022

# Disposition and Sentencing Analysis

## Distribution of Dispositions, and Distribution of Sentences Awarded, for selected query parameters

### CLOSED CASES ONLY

The Disposition and Sentencing Analysis synopsizes the outcomes of all closed cases for counts that match the parameters selected on the query tab.

Current Search Criteria

| Filter | Parameters |
| --- | --- |
| Statute | 948.02(2) |
| Instance | As sentenced |
| Case Status | Closed |

| | Offense Start Date | 01/01/2010 |
|---|---|---|
| | Offense End Date | 05/23/2022 |

**4755 counts in 3421 cases match your criteria.**

Common Descriptions for Selected Statutes

| Statute | Description | Severity | Effective Date | Expiration Date |
|---|---|---|---|---|
| **948.02(2)** | 2nd Degree Sexual Assault of Child | FC | 01/01/80 | 12/01/95 |
| **948.02(2)** | 2nd Degree Sexual Assault of Child | FZ | 12/02/95 | 01/31/03 |
| **948.02(2)** | 2nd Degree Sexual Assault of Child | FC | 02/01/03 | |
| **948.02(2)** | Underage Sexual Activity; 948.093 Applies | MA | 12/02/95 | |

[See all descriptions for selected statutes (opens in a new window)](#)

Dispositions Distribution for Closed Cases

4755 counts in 3421 cases match your query parameters and were closed.

Dispositions Distribution

| Disposition | Counts | % |
|---|---|---|
| **Count dismissed** | 2000 | 42.06% |
| **Deferred prosecution agreement** | 358 | 7.53% |
| **Pled to original charge** | 1169 | 24.58% |
| **na** | 178 | 3.74% |
| **Not guilty jury trial** | 102 | 2.15% |
| **Guilty jury trial** | 240 | 5.05% |
| **Pled to amended charge** | 640 | 13.46% |
| **Other** | 51 | 1.07% |
| **Not guilty court trial** | 3 | 0.06% |
| **Guilty court trial** | 14 | 0.29% |
| Total Counts | 4755 | 100.00% |

Sentencing Distribution

2063 counts match your query parameters and had a sentence given.

### Sentencing Distribution

| Sentence | Counts | % |
|---|---|---|
| **Jail** | | |
| Under 30 days | 0 | 0.00% |
| 1 month - under 3 months | 0 | 0.00% |
| 3 months - under 6 months | 0 | 0.00% |
| 6 months - under 9 months | 2 | 0.10% |
| 9 months + | 5 | 0.24% |
| **Jail Total** | 7 | 0.34% |
| **Prison** | | |
| Under 12 months | 0 | 0.00% |
| 12 months - under 36 months | 168 | 8.14% |
| 36 months - under 60 months | 282 | 13.67% |
| 60 months - under 120 months | 525 | 25.45% |
| 120 months + | 461 | 22.35% |
| **Prison Total** | 1436 | 69.61% |
| **Probation** | | |
| Under 12 months | 1 | 0.05% |
| 12 months - under 36 months | 21 | 1.02% |
| 36 months - under 60 months | 121 | 5.87% |
| 60 months - under 120 months | 318 | 15.41% |
| 120 months + | 120 | 5.82% |
| **Probation Total** | 581 | 28.16% |
| **Other Sentences** | | |
| **Other Sentences Total** | 39 | 1.89% |
| Total Counts | 2063 | 100.00% |

From the 581 counts that were awarded probation, the following 447 counts had jail assigned as condition of probation.

| Jail Time | Counts | % |
|---|---|---|

| | | |
|---:|---:|---:|
| **Under 30 days** | 4 | 0.19% |
| **1 month - under 3 months** | 15 | 0.73% |
| **3 months - under 6 months** | 42 | 2.04% |
| **6 months - under 9 months** | 110 | 5.33% |
| **9 months +** | 276 | 13.38% |
| Total Counts | 447 | 21.67% |

Analyses of Amended Charges

640 counts match your query parameters and had a sentence given to an amended charge.

Distribution of Amended Charges

| **Plea Effect** | **Counts** | **%** |
|---:|---:|---:|
| **Remained a felony** | 620 | 96.88% |
| **Pled to a higher charge** | 19 | 2.97% |
| **Felony to a misdemeanor** | 1 | 0.16% |
| Total Amended Counts | 640 | 100.00% |

Resulting Pleas for Amended Charges

Resulting Pleas

| **Plea Effect** | **Amended charge** | **Amended charge sample description** | **Counts** |
|---|---|---|---:|
| **Remained a felony** | 948.02(2) | 2nd Degree Sexual Assault of Child | 620 |
| **Felony to a misdemeanor** | 948.02(2) | Underage Sexual Activity; 948.093 Applies | 1 |
| **Pled to a higher charge** | 948.02(2) | 2nd Degree Sexual Assault of Child | 19 |

# Notes regarding methodology:

- Closed cases only.
- Only counts that match the current query parameters.
- Deferred Prosecution Agreements (DPA) reflect extant deferments, not historical deferments. DPAs are typically concluded with a new disposition: either a dismissal of charges, or a sentence (following a violation of conditions). At the conclusion of the DPA, the new disposition is recorded and the DPA is no longer considered existent.
- Sentence lengths for Jail, Prison, and Probation are converted to whole months. Sentences specified in

months are retained in months; sentences specified in years are multiplied by 12 to attain months; sentences specified in days are divided by 30 to attain months. Sentences less than 1 month are counted as such, whereas sentences greater than one month are counted in whole months of 30 days. (For example, a sentence specified as 179 days converts to 5 whole months, while a sentence of 180 days converts to 6 whole months.)

- Sentences of Probation include both "Sentence Withheld" and "Sentence Imposed". In cases of "Sentence Imposed", only the probation length is tabulated above; the distribution does not include any <u>potential</u> jail or prison time imposed. If the defendant violates terms of probation, a new sentence is issued which may have additional probation, or may impose straight prison or jail time. The distribution above reflects the most recent sentence issued.
- Sentence lengths for Jail as Conditon of Probation are converted to whole days. Sentences specified in days are retained in days; sentences specified in hours are divided by 24 to attain days; sentences specified in months are multiplied by 30 to attain days. Sentences less than 30 days are counted as such, whereas sentences greater than 30 days are counted in whole months of 30 days. (For example, a sentence specified as 239 hours converts to 9 whole days, while a sentence of 12 months converts to 360 days.)
- Sentences are specific to the count, not the case, and no attempt has been made to resolve concurrent/consecutive sentences given for additional charges in the same case.
- The Sentencing Distribution is a compendium of outcomes and any such abstraction will lack many important details of individual cases. While Court Data Technologies uses reasonable efforts to provide accurate and up-to-date data, the data provided is gathered by third parties and has not been independently verified by CDT. You should always verify the sentencing data with other sources of information.

© 2022 Court Data Technologies LLC • 301 South Bedford Street, Suite 7A • Madison, WI 53703 • 608-442-0600 • Fax 866-525-0216