**From:** **Andrea Winder** andrea@nglawyers.com
**Subject:** Fwd: N Eisele 21CF260- Offer
**Date:** September 17, 2021 at 3:37 PM
**To:** Nathan Otis nathan@nglawyers.com



Get Outlook for iOS

**From:** Braunschweig, Mason <Mason.Braunschweig@da.wi.gov>
**Sent:** Monday, June 14, 2021 10:37:13 AM
**To:** Andrea Winder <andrea@nglawyers.com>
**Subject:** N Eisele 21CF260- Offer

**Plead to count 1; dismiss and read in rest → 3 in 4 out.**
Assistant District Attorney Mason C. Braunschweig

Rock County District Attorney's Office
51 S. Main St.
Janesville, WI 53545
O: 608.757.5615
F: 608.757.5725
email: mason.braunschweig@da.wi.gov

This is a transmission from the Rock County District Attorney's Office and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you received this transmission in error, please destroy it and notify us immediately at our telephone number (608)757-5615.